**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Atilano Saldana SALDANA,**
**Defendant–Appellant.**

**No. 13–14937**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 23, 2014.

Cherie Krigsman, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Tama Caldarone, U.S. Attorney's Office, Fort Myers, FL, for Plaintiff–Appellee.

Adeel Bashir, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Martin Derovanesian, Federal Public Defender, Federal Public Defender's Office, Fort Myers, FL, Atilano Saldana Saldana, D. Ray James CF, Folkston, GA, for Defendant–Appellant.

Before HULL, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Adeel Bashir, appointed counsel for Atilano Saldana in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a

brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Saldana's conviction and sentence are **AFFIRMED.**